IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ALLEN PUST,

      Plaintiff,                        No. CIV 2:09-cv-2730-MCE-JFM

  vs.

CITY OF PLACERVILLE *et al.*,

      Defendants.               ORDER

_____/

      On March 22, 2010, defendants County of El Dorado, Jeff Neves and John Robertson filed a stipulation and proposed order for extension of time to respond to plaintiff's discovery requests (First Set of Interrogatories and First Set of Requests for Production of Documents for each defendant).  On March 24, 2010, defendant Jason Alger also filed a stipulation and proposed order for extension of time to respond to plaintiff's discovery requests (First Set of Interrogatories and First Set of Requests for Production of Documents).  Both requests for an extension of time indicate that the respective parties have already stipulated to a two-week extension.  They now seek court approval of the extensions.

      Federal Rules of Civil Procedure 33 and 34 direct parties who are responding to interrogatories and requests for production of documents, respectively, to respond with "answers and any objections within 30 days after being served."  Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A).  "A

1

1 shorter or longer time may be stipulated to under Rule 29 or be ordered by the court." Id.  Rule
2 29, in turn, provides that "a stipulation extending the time for any form of discovery must have
3 court approval if it would interfere with the time set for completing discovery, for hearing a
4 motion, or for trial." Fed. R. Civ. P. 29(b).

5       Here, per the February 3, 2010 pretrial scheduling order, discovery commences
6 on March 30, 2011.  Because the parties' stipulations for a two-week extension of time to
7 respond to plaintiff's discovery requests does not interfere with the time set for completing
8 discovery, see Fed. R. Civ. P. 29(b), court approval is unnecessary.

9       Accordingly, IT IS HEREBY ORDERED that:

10     1. Defendants County of El Dorado, Jeff Neves and John Robertson's March 22,
11 2010 request for an extension of time to respond to plaintiff's discovery requests is denied as
12 moot; and

13     2. Defendant Jason Alger's March 24, 2010 request for an extension of time to
14 respond to plaintiff's discovery requests is denied as moot.

15 DATED: March 29, 2010.

                UNITED STATES MAGISTRATE JUDGE

/014.pust2730.eot