Peter B. Tiemann, SBN 195875
**LAW OFFICE OF PETER B. TIEMANN, PC**
4989 Golden Foothill Parkway
Suite 4
El Dorado Hills, CA 95762
Tel: (916) 941-7300
Fax: (530) 621-9990
Attorneys for Plaintiff:
David Allen Pust

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ALLEN PUST, | Case No. 2:09-CV-02730-MCE-JFM |
| Plaintiff, | |
| vs. | **STIPULATION OF THE PARTIES TO EXTEND TIME FOR DISCLOSURE OF USE OF FORCE EXPERT REPORT AND DECLARATION** |
| CITY OF PLACERVILLE; GEORGE NEILSEN, individually and in his official capacity as Chief of Placerville Police's Department; Placerville Police Officer JASON ALGER; Placerville Police Officer MICHAEL ELLEDGE; Placerville Police Officer BEN SCHOLTZ; COUNTY OF EL DORADO; JEFF NEVES individually and in his official capacity as Sheriff of the El Dorado County Sheriff's Department; El Dorado County Sheriff Deputy JOHN ROBERTSON, Does 1 though 10. | COMPLAINT FILED: 9/30/09<br>TRIAL DATE:      1/30/12 |
| Defendants. | |

////

////

////

-1-
Stipulation of the Parties

1   IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO, AND THROUGH THEIR RESPECTIVE COUNSEL:

The parties hereby stipulate that the Plaintiff's Use of Force Expert's report and necessary declaration may be filed 10 days later than required, on or prior to June 10, 2011, as a result of good cause.

The good cause for the extension of time for the report is as follows:

The Plaintiff's Use of Force expert Barry v. Brodd of BVB & Associates, was unable to complete the report because on Saturday May 21, 2011 he had to travel to North Carolina to visit his seriously elderly aunt/godmother who was entering into hospice care.  He will not return to California until June 7, 2011.  The expert has reviewed the materials and states that he will have the report completed by June 10, 2011.

Pursuant to the courts scheduling order dated February 2, 2010 the disclosure of experts, and accompanying written reports were due not later than May 31, 2011.

Through this stipulation the parties hereby agree that the Plaintiff's Use of Force Expert's report and necessary declaration may be filed 10 days later, on or prior to June 10, 2011.

Dated: 5/27/11                    **LAW OFFICE OF PETER B. TIEMANN**

                                  By: /s/Peter B. Tiemann
                                  PETER B. TIEMANN,
                                  Attorney for Plaintiff,
                                  DAVID PUST

Dated:_5/30/11_____   **FERGUSON, PRAET & SHERMAN, PC**

By: /s/Bruce Praet
Bruce Praet
Attorney for Defendants,
CITY OF PLACERVILLE, GEORGE NEILSEN, MICHAEL ELLEDGE, AND BEN SCHOLTZ

Dated: 5/30/11   **TONON AND ASSOCIATES**

By:__/S/Gail Tonon__
Gail Tonon
Attorney for Defendant,
JASON ALGER

Dated:   5/30/11   **CAULFIELD, DAVIES& DONAHUE, LLP**

By:_/S/Andrew T. Caulfield ___
Andrew T. Caulfield
Attorney for Defendants, COUNTY OF EL DORADO, JEFF NEVES AND JOHN ROBERTSON

**ORDER**

Based on the foregoing Stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that the Plaintiff's Use of Force Expert's report and necessary declaration may be filed 10 days later, on or prior to June 10, 2011, as a result of good cause in the above-entitled action with leave of Court.

Date: June 7, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

-3-
Stipulation of the Parties