1  **RICHARD H. CAULFIELD, SBN 50258**
   **ANDREW T. CAULFIELD, SBN 238300**
2  **CAULFIELD, DAVIES & DONAHUE, LLP**
   **P.O. Box 277010**
3  **Sacramento, CA  95827**
   **Telephone:  (916) 817-2900**
4  **Facsimile:   (916) 817-2644**

5  **Attorneys for COUNTY OF EL DORADO, JEFF NEVES,**
   **and JOHN ROBERTSON**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| DAVID ALLEN PUST, | Case No.  2:09-CV-02730-MCE-JFM |
| Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL OF CERTAIN DEFENDANTS AND CAUSES OF ACTION** |
| v. | |
| CITY OF PLACERVILLE, et al, | [Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff DAVID ALLEN PUST, Defendants COUNTY OF EL DORADO, JEFF NEVES and JOHN ROBERTSON, and the remaining parties in this case, by and through their respective counsel of record, that the following parties and causes of action asserted in Plaintiff's Complaint on file in this action be dismissed as follows:

1. All claims and causes of action asserted in Plaintiff's Complaint against Defendant COUNTY OF EL DORADO are hereby dismissed with prejudice.

2. All claims and causes of action asserted in Plaintiff's Complaint against Defendant JEFF NEVES are hereby dismissed with prejudice.

//

//

3. The following causes of action asserted in Plaintiff's Complaint against Defendant JOHN ROBERTSON are hereby dismissed with prejudice: First Cause of Action, Second Cause of Action, Third Cause of Action, Fourth Cause of Action, Sixth Cause of Action, Seventh Cause of Action, Eighth Cause of Action, Ninth Cause of Action, Tenth Cause of Action, Eleventh Cause of Action, Twelfth Cause of Action (incorrectly identified in the Complaint as a second Eleventh Cause of Action). The Fifth Cause of Action (Violation of the Fourth Amendment to the U.S. Constitution—Excessive Force) is not hereby dismissed, and remains the only cause of action in the Complaint being asserted against Defendant Robertson.

4. Each side will bear its/his own attorneys' fees and costs with respect to the parties and causes of action hereby dismissed.

**IT IS SO STIPULATED.**

Dated: June 7, 2011                     **CAULFIELD DAVIES & DONAHUE, LLP**

                                        By:    /s/ Andrew T. Caulfield

                                        Andrew T. Caulfield
                                        Attorney for Defendants COUNTY OF EL DORADO, JEFF NEVES, and JOHN ROBERTSON

Dated: June 9, 2011                     **LAW OFFICE OF PETER B. TIEMANN**

                                        By:    /s/ Peter B. Tiemann

                                        Peter B. Tiemann
                                        Attorney for Plaintiff DAVID ALLEN PUST

Dated: June 9, 2011                     **STEWART KATZ LAW OFFICES**

                                        By:    /s/ Stewart L. Katz

                                        Stewart L. Katz
                                        Attorney for Plaintiff DAVID ALLEN PUST

[Signatures Continued on Following Page]

Dated: June 9, 2011 **TONON & ASSOCIATES**

By:    /s/ Gayle K. Tonon

Gayle K. Tonon
Attorney for Defendant JASON ALGER

Dated: June 9, 2011 **FERGUSON, PRAET & SHERMAN**

By:    /s/ Bruce D. Praet

Bruce D. Praet
Attorney for Defendants, City of Placerville, Chief George Neilsen, Officer Michael Elledge, and Officer Ben Scholtz

**IT IS SO ORDERED.** Certain Defendants and causes of action are hereby dismissed as set forth above. Plaintiff's Complaint remains otherwise active.

Date: June 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE