**RICHARD H. CAULFIELD, SBN 50258**
**ANDREW T. CAULFIELD, SBN 238300**
**CAULFIELD, DAVIES & DONAHUE, LLP**
P.O. Box 277010
Sacramento, CA  95827
Telephone:  (916) 817-2900
Facsimile:   (916) 817-2644

**Attorneys for COUNTY OF EL DORADO, JEFF NEVES, and JOHN ROBERTSON**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| DAVID ALLEN PUST,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF PLACERVILLE, et al,<br><br>         Defendants. | Case No.  2:09-CV-02730-MCE-JFM<br><br>**STIPULATION AND ORDER RE DISMISSAL OF REMAINING CLAIM AGAINST DEFENDANT JOHN ROBERTSON**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff DAVID ALLEN PUST and Defendant JOHN ROBERTSON, and the remaining parties in this case, by and through their respective counsel of record, that the following parties and causes of action asserted in Plaintiff's Complaint on file in this action be dismissed as follows:

1. Whereas, the parties previously stipulated to the dismissal of certain parties and certain causes of action against Defendant JOHN ROBERTSON.  On June 20, 2011, the Court executed an order, consistent with the stipulated dismissal, which was filed by the Court on June 21, 2011.  (See Docket # 32).

2. The dismissal and Order (Docket # 32) dismissed all claims and causes of action asserted in Plaintiff's Complaint against Defendants COUNTY OF EL DORADO and JEFF NEVES, and all causes of action against Defendant JOHN ROBERTSON except for the Fifth Cause of Action (Violation of the Fourth Amendment to the U.S. Constitution—Excessive Force).  The Fifth Cause of Action was expressly preserved as the only remaining cause of action in the Complaint being asserted against Defendant JOHN ROBERTSON.

3. The parties now, by and through their respective counsel of record, hereby stipulate and agree that the remaining cause of action, the Fifth Cause of Action, against Defendant JOHN ROBERTSON, is hereby dismissed with prejudice.

4. The filing of this stipulation terminates this action as it relates to Defendant JOHN ROBERTSON only.

5. Each side will bear its/his own attorneys' fees and costs with respect to the parties and causes of action hereby dismissed.

**IT IS SO STIPULATED.**

Dated: Feb. 14, 2012                **CAULFIELD DAVIES & DONAHUE, LLP**

By:____/s/ Andrew T. Caulfield_____

Andrew T. Caulfield
Attorney for Defendants COUNTY OF EL DORADO, JEFF NEVES, and JOHN ROBERTSON

Dated: Feb. 14, 2012                **LAW OFFICE OF PETER B. TIEMANN**

By: ____/s/ Peter B. Tiemann____
(Permission to e-sign given 2/14/12)

Peter B. Tiemann
Attorney for Plaintiff DAVID ALLEN PUST

[Signatures Continued on Following Page]

Dated:  Mar. 2, 2012               **STEWART KATZ LAW OFFICES**


By: _____/s/ Stewart L. Katz_____
(Permission to e-sign given 3/2/12)

      Stewart L. Katz
      Attorney for Plaintiff DAVID ALLEN PUST


Dated: Feb. 14, 2012               **TONON & ASSOCIATES**


By: _____/s/ Gayle K. Tonon_____
(Permission to e-sign given 2/14/12)

      Gayle K. Tonon
      Attorney for Defendant JASON ALGER


Dated: Feb. 14, 2012               **FERGUSON, PRAET & SHERMAN**


By: _____/s/ Bruce D. Praet_____
(Permission to e-sign given 2/14/12)

      Bruce D. Praet
      Attorney for Defendants City of Placerville,
      Chief George Neilsen, Officer Michael
      Elledge, and Officer Ben Scholtz


**IT IS SO ORDERED.**

Dated:  March 8, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

PAGE 3

Stipulation and Order re Dismissal                                  Case No.  2:09-CV-02730-MCE-JFM