1  Bruce D. Praet, SBN 119430
   Kelly R. M. Irwin,  SBN 238884
2  FERGUSON, PRAET & SHERMAN
   A Professional Corporation
3  1631 East 18th Street
   Santa Ana, California  92705
4  (714) 953-5300 telephone
   (714) 953-1143 facsimile
5  bpraet@aol.com

6  Attorneys for Defendants, City of Placerville, Chief George
   Neilsen, Officer Jason Alger, Officer Michael Elledge, and
7  Officer Ben Scholtz

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  DAVID ALLEN PUST,              )   No. 2:09-CV-02730-MCE-JFM
                                   )
12          Plaintiff,             )
                                   )
13  v.                             )   **ORDER re: STIPULATED**
                                   )   **DISMISSAL**
14  CITY OF PLACERVILLE, et al,    )
                                   )
15          Defendants.            )
                                   )
16  ─────────────────────────────  )

17

18          Pursuant to the parties' stipulation, and good cause appearing, IT IS

19  HEREBY ORDERED THAT this matter is dismissed with prejudice as against

20  Defendants City of Placerville, George Nielsen, Jason Alger, Michael Elledge and

21  Ben Scholtz only, each party to bear their own costs and fees.  Since this action

22  has now been terminated against all defendants, the Clerk of Court is directed to

23  close the file.

24   Dated:  March 14, 2012

25                                _____
26                                MORRISON C. ENGLAND, JR.
27                                UNITED STATES DISTRICT JUDGE

28

─────────────────────────────────────────────────────────
▲ Proposed Order re Dismissal                    No. 2:09-CV-02730-MCE-JFM