1 | Bruce D. Praet, SBN 119430
2 | Kelly R. M. Irwin, SBN 238884
  | FERGUSON, PRAET & SHERMAN
  | A Professional Corporation
3 | 1631 East 18th Street
  | Santa Ana, California 92705
4 | (714) 953-5300 telephone
  | (714) 953-1143 facsimile
5 | bpraet@aol.com

6 | Attorneys for Defendants, City of Placerville, Chief George
7 | Neilsen, Officer Jason Alger, Officer Michael Elledge, and
  | Officer Ben Scholtz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DAVID ALLEN PUST, | ) No. 2:09-CV-02730-MCE-JFM |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER re: STIPULATED** |
|   | ) **DISMISSAL** |
| CITY OF PLACERVILLE, et al, | ) |
| Defendants. | ) |

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT this matter is dismissed with prejudice as against Defendants City of Placerville, George Nielsen, Jason Alger, Michael Elledge and Ben Scholtz only, each party to bear their own costs and fees. Since this action has now been terminated against all defendants, the Clerk of Court is directed to close the file.

Dated: March 14, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

▲ Proposed Order re Dismissal                         No. 2:09-CV-02730-MCE-JFM